UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHOU FANG,

                        Plaintiff,

        -against-

JEFF BEZOS,

                        Defendant.

24-cv-6016 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 23, 2024, order, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 25, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge